**Order entered August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00242-CR

**SERGIO MANUEL NAVA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR12-1388**

## ORDER

The Court **REINSTATES** the appeal.

On July 22, 2014, we abated the appeal to allow the trial court to prepare written findings of fact and conclusions of law. We have now received a loose copy of the findings of fact and conclusions of law as well as "Defendant's Proposed Findings of Fact."

Accordingly, we **ORDER** the Rockwall County Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's signed Findings of Fact and Conclusions of Law and Defendant's Proposed Findings of Fact.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Rockwall County Clerk and to counsel for all parties.

        /s/     LANA MYERS
                  JUSTICE